1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

OSCAR RAMOS,

    Plaintiff,

     v.

DUYET THI PHAM; WESSO COMPANY, LLC; WESSO COMPANY, A CALIFORNIA GENERAL PARTNERSHIP ,

    Defendants.

Case No.:  2:24-cv-02044-DJC-JDP

**ORDER**

      On August 16, 2024, the Clerk's Office received a copy of a letter addressed to Plaintiff's attorney, Richard Mac Bride and submitted on behalf of Defendant WESSO Company, LLC.  Therein, defendant represented said letter as a response to the Complaint.  Under E.D. Cal. L.R. 133(b)(2) parties appearing in propria persona must file documents conventionally, as opposed to electronically; however, a corporation or other entity may appear only by an attorney.  *See* E.D. Cal. L.R. 183(a).  As such, Defendant's Answer, ECF No. 6, is STRICKEN and will not be considered by the Court.  ///

Defendants WESSO Company, LLC and WESSO Company, a California general partnership shall obtain counsel and file an answer within twenty-one (21) days after the date of this order.  Failure to comply with this order may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.

IT IS SO ORDERED.


Dated:  August 23, 2024                    /s/ Daniel J. Calabretta
                                        _____
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE