RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Oscar Ramos,

        Plaintiff,

Vs.

Duyet Thi Pham, et al.,

        Defendants.

Case Number 24-2044 DJC-JDP

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

Plaintiff Oscar Ramos, and defendants, Duyet Thi Pham, Wesso Company, LLC, and Wesso Company, a California general partnership (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Richard Morin of Law Office of Rick Morin, PC), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs. This agreement was entered into with all defendants.
2. This written settlement contemplates dismissal of this action as against all defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

1

1 | Attorney for Plaintiff Oscar Ramos                                              1/29/2025

2

3 | Law Office of Rick Morin, PC  – By: Richard Morin /s/ Richard Morin

4 | Attorney for all defendants                                                     1/29/2025

5

6 | FILER'S ATTESTATION

7

8 | Pursuant to General Order 45, Section X(B), I hereby attest that on January 29, 2025, I, Richard A.
9 | Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney
10 | Richard Morin, in the filing of this document.

11

12 | /s/ Richard A. Mac Bride
13 | Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Pham, et al., Case No. 24-2044 DJC-JDP, in the Eastern District of California, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Dated:  January 30, 2025                      /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE